IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | CONSOLIDATED UNDER |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 01-875 |
| | : | |
| JOHN H. HOLCZER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| A.O. SMITH CORP., et al. | : | NO.  21-420 |

**O R D E R**

AND NOW, this 21st day of October 2021, upon consideration of Plaintiffs' Motion to Compel More Specific Answers to Interrogatories and Requests for Production (Doc. 235), Defendant Viad Corp.'s response (Doc. 240 & 240-1), and Plaintiffs' reply (Doc. 242), IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE